UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST TRAK INVESTMENT COMPANY, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>RICHARD P SAX, et al.,<br><br>       Defendants. | Case No. 4:17-cv-00257-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On April 25, 2017, the Court held a case management conference, where Plaintiff did not appear.

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than May 2, 2017, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: April 25, 2017

KANDIS A. WESTMORE
United States Magistrate Judge