UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST TRAK INVESTMENT COMPANY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD P SAX, et al.,<br><br>　　　　Defendants. | Case No. 4:17-cv-00257-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 20 |

On April 25, 2017, the Court held a case management conference, where Plaintiff did not appear. The Court issued an order to show cause to Plaintiff why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference. (Dkt. No. 20.) On April 27, 2017, Plaintiff's counsel apologized profusely, and explained that a combination of health and unrelated technical issues caused her to miss the appearance. (Dkt. No. 22 at 1.)

The Court hereby discharges the April 27, 2017 order to show cause. Any other failure by counsel to appear may result in sanctions.

IT IS SO ORDERED.

Dated: May 22, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge