UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST TRAK INVESTMENT COMPANY, LLC, <br><br>    Plaintiff, <br><br>  v. <br><br>RICHARD P SAX, et al., <br><br>    Defendants. | Case No. 4:17-cv-00257-KAW <br><br> ORDER GRANTING TELEPHONIC APPEARANCE <br><br> Re: Dkt. No. 43 |

Defendants' motion to appear telephonically at the case management conference on August 29, 2017 at 1:30 P.M. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: August 1, 2017

                                       *Kandis Westmore*
                                       KANDIS A. WESTMORE
                                       United States Magistrate Judge