UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST TRAK INVESTMENT COMPANY, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>RICHARD P SAX, et al.,<br><br>        Defendants. | Case No. 4:17-cv-00257-KAW<br><br>ORDER GRANTING TELEPHONIC APPEARANCE<br><br>Re: Dkt. No. 47 |

Plaintiff's motion to appear telephonically at the case management conference on August 29, 2017 at 1:30 P.M. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: August 25, 2017

                                                                                     KANDIS A. WESTMORE<br>
                                                                                     United States Magistrate Judge