IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST TRAK INVESTMENT COMPANY, LLC , a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>RICHARD SAX, ET AL.<br><br>Defendants. | CASE NO.: 4:17-cv-00257-KAW<br><br>(Proposed) ORDER RE: MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE SET FOR NOVEMBER 28, 2017.<br><br>**AS MODIFIED**<br><br>*Hon. Magistrate Kandis A. Westmore* |

Having reviewed the motion for leave to appear telephonically filed by Counsel for Plaintiff Fast Trak Investment Company, LLC, and good cause appearing, the motion is hereby **GRANTED AS MODIFIED.**

Counsel for Fast Trak Investment Company, LLC may **not** contact the Court Clerk for [call-in instructions] authority to schedule via Court Call. **Instead, counsel shall review and comply with the undersigned's "Procedures for Telephonic Appearances," located on the Court's website (https://cand.uscourts.gov/kaworders), and shall personally arrange for the telephonic appearance with CourtCall in advance of the hearing date.**

Dated: November 21, 2017      **UNITED STATES DISTRICT COURT**

By: *Kandis Westmore*
HON. KANDIS A. WESTMORE
United States Magistrate Judge