United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAST TRAK INVESTMENT COMPANY, LLC,

Plaintiff,

v.

RICHARD P SAX, et al.,

Defendants.

Case No. 4:17-cv-00257-KAW

**ORDER REQUIRING A SECOND SUPPLEMENTAL BRIEF REGARDING DAMAGES**

Re: Dkt. No. 72

On May 24, 2018, Plaintiff filed a supplemental brief regarding the damages it sustained due to Defendant's breach of contract and breach of fiduciary duty. (Dkt. No. 72.) On June 7, 2018, Defendant filed a response in which he objected to the claim for damages on the grounds that Plaintiff did not explain how the damages were calculated. (Dkt. No. 73.) This objection is well taken, as Plaintiff provides no explanation of how the purported $345,407.62 was calculated, despite being instructed to do so at the May 3, 2018 hearing. (Dkt. No. 72 at 2.)

Accordingly, Plaintiff is ordered to file a second supplemental brief on or before **July 3, 2018**, that includes a robust explanation of how the damages were calculated, including an identification of the funds that should have been disbursed from the primary and secondary cases. This is Plaintiff's final opportunity to brief the damages issue, and the failure to sufficiently explain the calculation will result in the undersigned making a damages determination of its own based on the incomplete information provided. Additionally, Plaintiff is advised against seeking the recovery of the attorneys' fees and costs incurred in connection with any of its supplemental briefs.

///

///

1    Defendant may file a response on or before **July 13, 2018**.

2    IT IS SO ORDERED.

3    Dated: June 21, 2018

4                                                        _Kandis Westmore_
                                                         KANDIS A. WESTMORE
5                                                        United States Magistrate Judge

United States District Court
Northern District of California